## LIST OF EXHIBITS

A.     Complaint and Demand for Jury Trial

B.     First Amended Complaint by Right and Reliance on Demand for Jury Trial Heretofore Filed

C.     Plaintiff's Amended Answers and Responses to Slyped Services, Inc.'s Interrogatories and Requests to Admit to Ira Anderson

D.     Affidavit of Pedro Puentes

E.     Documents filed with the Florida Secretary of State

F.     All documents filed with the Wayne County Circuit Court in its case number 18-010364-NI